**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRANK ALLEN, et al.,** : | **CIVIL ACTION NO. 1:04-CV-2297** |
| **Plaintiffs** : | **(Judge Conner)** |
| v. : | |
| **SUSQUEHANNA TOWNSHIP** : | |
| **SCHOOL DISTRICT,** : | |
| **Defendant** : | |

## **ORDER**

AND NOW, this 17th day of June, 2005, upon consideration of the motion (Doc. 19) of Dauphin County Social Services for Children and Youth to quash a subpoena served by plaintiffs on June 13, 2005, on the ground that the subpoena requires disclosure of privileged or other protected matter, see FED. R. CIV. P. 45(c)(3)(A)(iii), it is hereby ORDERED that:

1. Dauphin County Social Services for Children and Youth shall file a copy of the subpoena served by plaintiffs on June 13, 2005, on or before June 22, 2005.[1]

2. Plaintiffs shall file a brief in opposition to the motion to quash (Doc. 19) on or before June 24, 2005.

3. Dauphin County Social Services for Children and Youth shall be permitted to file a brief in reply within five days of the filing of the brief in opposition to the motion to quash (Doc. 19).

---

[1] The motion to quash indicates that "a copy of [the] subpoena [is] attached hereto as exhibit A" (Doc. 19 ¶ 1), but the document has apparently not been filed of record.

4. Dauphin County Social Services for Children and Youth shall not be required to comply with the subpoena served by plaintiffs on June 13, 2005, pending disposition of the motion to quash (Doc. 19).

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge