# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK ALLEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-2297** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of July, 2005, upon consideration of defendant's motions (Docs. 29, 30, 31) to compel production of documents designated by subpoena, see FED. R. CIV. P. 45(c)(2)(B) ("If objection [to production of designated documents] has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production."), and it appearing that the motions were filed on June 24, 2005, but that a brief in support of the motions has not been filed as of the date of this order, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a [supporting] brief with the clerk . . . ."), it is hereby ORDERED that the motions (Docs. 29, 30, 31) are deemed WITHDRAWN without prejudice.  See L.R. 7.5 ("[I]f a supporting brief is not filed within the time provided in this rule such motion shall be deemed to be withdrawn.").

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge