# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK ALLEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-2297** |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 25th day of August, 2005, upon consideration of defendant's motion to compel plaintiffs to authorize the release of certain medical records designated by a third-party subpoena (Doc. 38), and it appearing that the duty of production imposed by the subpoena rests on the third party and on not plainitffs, see, e.g., FED. R. CIV. P. 45, it is hereby ORDERED that the motion (Doc. 38) is DENIED.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge