# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK ALLEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-2297** |
| Plaintiffs | : | (Judge Conner) |
| v. | : | |
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 25th day of August, 2005, upon consideration of defendant's unopposed motion to compel a third party, Hershey Medical Center, to produce documents designated by properly served subpoena (Doc. 36; see Docs. 44, 51), see FED. R. CIV. P. 45(c)(2)(B), it is hereby ORDERED that the motion (Doc. 36) is GRANTED as follows:

1. Hershey Medical Center shall, on or before September 12, 2005, produce to counsel for defendant all documents designated by the subpoena dated June 9, 2005 (Doc. 36, Ex. 1).

2. Defendant shall serve a copy of this order on Hershey Medical Center pursuant to Federal Rule of Civil Procedure 45(b)(1), see FED. R. CIV. P. 45 practice cmt. § C45-9 (West 2005) (describing method of service), on or before August 31, 2005.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge