**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANK ALLEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-2297** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of August, 2005, upon consideration of defendant's unopposed motion to compel a third party, Pinnacle Health Behavioral Services, to produce documents designated by properly served subpoena (Doc. 34; see Docs. 45, 52), see FED. R. CIV. P. 45(c)(2)(B), it is hereby ORDERED that the motion (Doc. 34) is GRANTED as follows:

1. Pinnacle Health Behavioral Services shall, on or before September 12, 2005, produce to counsel for defendant all documents designated by the subpoena dated June 16, 2005 (Doc. 34, Ex. 1).

2. Defendant shall serve a copy of this order on Pinnacle Health Behavioral Services pursuant to Federal Rule of Civil Procedure 45(b)(1), see FED. R. CIV. P. 45 practice cmt. § C45-9 (West 2005) (describing method of service), on or before August 31, 2005.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge