# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK ALLEN, et al.,** | : | **CIVIL ACTION NO. 1:04-CV-2297** |
| **Plaintiffs** | : | **(Judge Conner)** |
| v. | : | |
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 25th day of August, 2005, upon consideration of plaintiff's second motion to strike (Doc. 55) defendant's motion for summary judgment (Doc. 40) on the ground that the accompanying statement of material facts (Doc. 49) presents legal argument, and it appearing that the statement of material facts also presents factual statements supported by record references and substantially complies with Local Rules, see L.R. 56.1, it is hereby ORDERED that the motion (Doc. 55) is DENIED.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
