# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK ALLEN and MARIE ALLEN,** | : | **CIVIL ACTION NO. 1:04-CV-2297** |
| | : | |
| **Plaintiffs** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SUSQUEHANNA TOWNSHIP** | : | |
| **SCHOOL DISTRICT,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 18th day of October, 2005, upon consideration of defendant's motion in limine (Doc. 63) to preclude plaintiffs from calling expert witnesses at trial, and it appearing that plaintiffs' brief in opposition was due by September 19, 2005, but has not been filed as of the date of this order, see L.R. 7.6 (stating that a party who does not file a responsive brief "shall be deemed not to oppose such motion"), that plaintiffs' expert reports were due by August 1, 2005 (see Doc. 17), but none have been filed as of the date of this order, and that plaintiffs did not seek an enlargement of time to file expert reports, it is hereby ORDERED that the motion in limine (Doc. 63) is GRANTED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge