**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANK ALLEN and MARIE ALLEN,** | : | **CIVIL ACTION NO. 1:04-CV-2297** |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 18th day of October, 2005, upon consideration of the pre-trial and trial schedule in the above-captioned case, and it appearing that resolution of a pending dispositive motion (Doc. 40) constitutes "good cause" for a continuance of this schedule, see FED. R. CIV. P. 16(b), it is hereby ORDERED that the pre-trial and trial schedule is postponed pending disposition of the motion for summary judgment (Doc. 40).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge