# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK ALLEN and MARIE ALLEN,** | : | **CIVIL ACTION NO. 1:04-CV-2297** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **SUSQUEHANNA TOWNSHIP SCHOOL DISTRICT,** | : | |
| | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 31st day of March, 2006, upon consideration of the pending motion for summary judgment (Doc. 40), it is hereby ORDERED that the above-captioned case is STAYED pending disposition of the motion.


  /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge